NO HEARING IN THIS LITIGATION, See Footnote 2, Order filed 10/10/80

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/08/27 | 1 | MOTION, BRIEF, SCHEDULE, WAIVER OF ORAL ARGUMENT & FURTHER BRIEFS -- Signatory Plaintiffs (All Plaintiffs A-1 through A-20, for transfer of actions. Suggested Transfer District: D. Mass. (ds) |
| 80/08/28 | | Revised certificate of service to include service upon district court clerks filed by movants  attach to 1   (rew) |
| 80/08/28 | | CORRECTED SCHEDULE A -- Movants Plaintiffs to correct civil action number A-4 and to delete A-12 as A-12 is part of previously filed action A-17.  attached to 1    (rew) |
| 80/09/08 | | APPEARANCES: MICHAEL HAUSFELD, ESQ. FOR Allied Bolt, Inc. and Strick Corp.; JOEL C. MEREDITH, ESQ. FOR Big D. Bldg. Supply Corp.; STEPHEN MOULTON, ESQ. FOR Southland Mower Co., Inc.; LAWRENCE H. EIGER, ESQ. FOR Glenwood Mfg., Inc.; JOHN A. COCHRANE, ESQ. FOR Benoit, Inc.; ROBERT KAPLAN, ESQ. FOR Jefferson Screw & Bolt Ind., Inc.; ALAN KAUFFMAN, ESQ. FOR Hardware Supply Co.; SEYMOUR KURLAND, ESQ. FOR J. Heller & Sons, Inc.; WARREN RUBIN, ESQ. FOR Merchants Hardware Co., Inc.; ALVIN J. IVERS, ESQ. FOR Thomas Body Parts, Inc.; ROBERT G. FLANDERS, JR., ESQ. FOR Amtel, Inc.; MICHAEL K. MURTAUGH ESQ. FOR Elco Industries, Inc.; ROBERT M. BUCHANAN, ESQ. FOR Reed & Prince Mfg. Co.; HENRY SAILER, ESQ. for Textron Inc.; KENNETH HART, ESQ. FOR NL Industries, Inc.   (cds) |
| 80/09/10 | | AMENDED CERTIFICATE OF SERVICE (Attached to Pleading #1) -- Movants   (cds) |
| 80/09/10 | | APPEARANCE: DAVID BERGER, ESQ. FOR Stanley Hardware Co. (cds) |
| 80/09/12 | | APPEARANCE: SHELDON D. CAMHY, ESQ. FOR Allied Bolt, Inc.; DOUGLAS V. RIGLER, ESQ. FOR Square D. Co. and Northwestern Co.   (cds) |
| 80/09/15 | | APPEARANCE: Benedict Wolf, Esq. for Allmetal Screw (cds) |
| 80/09/22 | 2 | LETTER REGARDING MASS. ACTION (80-1947-C) -- Signed by Harold Brown   (cds) |
| 80/09/24 | 3 | MOTION TO INTERVENE -- Plaintiff S. Simons Hardware Co. (Mass. action not on docket 80-1947-C) -- w/cert. of serv |
| 80/09/24 | 4 | STIPULATION -- Plaintiffs and Def. Amtel, Inc. (cds) |

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p._____

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 80/10/10 | | CONSENT OF TRANSFEREE COURT for assignment to Judge Caffrey (emh) |
| 80/10/10 | | TRANSFER ORDER -- transferring A-1, A-2, A-8 thru A-20 to D. Massachusetts pursuant to 28 U.S.C. §1407 (emh) |
| 80/10/28 | | CONDITIONAL TRANSFER ORDER -- B-2 Standard Motor Products, Inc., etc. v. Textron, Inc., et al., E.D.N.Y., C.A. No. CV-80-2478 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| ~~80/11/12~~ | ~~5~~ | ~~NOTICE OF OPPOSITION -- B-2 Std. Mtr. Prod., Inc. v.~~ |
| 80/11/12 | 5 | NOTICE OF OPPOSITION -- B-2 Std. Mtr. Prod., Inc. v. Textron, Inc., E.D.N.Y., CV80-2478 by pltf. Std. Mtr. Prod., Inc. -- Notified counsel & Judges. (rew) |
| 80/11/20 | 6 | motion ~~RESPONSE~~/BRIEF (Re: B-2) -- Standard Motors -- w/cert. of svc. (emh) |
| 80/12/05 | 7 | RESPONSE/BRIEF (Re: B-2) -- Defendants Textron, Amtel, Elco Industries, Reed & Prince Mfg. Co. and NL Industries -- w/cert. of service (cds) |
| 80/12/15 | 8 | REPLY/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltf. B-2 Standard Motor Products, Inc. w/cert. of svc. (ds) |
| 81/01/23 | | HEARING ORDER -- Setting Opposition to transfer of (B-2) Standard Motor Products, Inc., etc. for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |
| 81/02/24 | | HEARING APPEARANCE -- I.Walton Bader, Esq. for Standard Motor Products, Inc. (ds) |
| 81/02/24 | | WAIVER OF ORAL ARGUMENT -- Amtel, Inc., Reed & Prince Manufacturing Co., Textron Inc., NL Industries, Inc., Elco Industries (ds) |
| 81/03/02 | | TRANSFER ORDER -- transferring B-2 to the District of Massachusetts for coordinated or consolidated pretrial proceedings. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/10/80 | TO | | D. Massachusetts | Andrew A. Caffrey | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Allied Bolt, Inc. v. Amtel, Inc., et al. | D.D.C. | 80-2015 | OCT 1 0 1980 | 80-2758-C | 5/28/82 D | |
| A-2 | Lurye & Co., Inc., v. Amtel, et al. | N.D.Ill. Shadur | 80-C-4196 | OCT 1 0 1980 | 81-887 C | 5/11/81 | |
| A-3 | Jack's Products Co., Inc. v. Amtel, Inc., et al. | D.Mass | 80-1708-C | | | 5/28/82 D | |
| A-4 | Big D Building Supply Corp. v. Amtel, Inc., et al. | D.Mass | 80-1777-C (80-1652-C) | | | 5/28/82 D | |
| A-5 | Southland Mower Co., Inc. v. Amtel, Inc., et al. | D.Mass | 80-1630-C | | | 6/25/82 D | |
| A-6 | Square D. Company, Inc. v. Amtel, Inc., et al. | D.Mass | 80-1652-C | | | 5/28/82 | |
| A-7 | Glenwood Mfg., Inc. v. Amtel, Inc., et al. | D.Mass | 80-1776 | | | 5/ / | |
| A-8 | Benoit, Inc. v. Amtel, et al. | D.Minn. | 3-80-477 | OCT 1 0 1980 | 80-2759-C | | |
| A-9 | Allmetal Screw Products Co., Inc. v. Amtel, et al. | E.D.N.Y. | 80-2182(JC) | OCT 1 0 1980 | 80-2765-C | | |
| A-10 | Jefferson Screw and Bolt Industries, Inc. v. Amtel, et al. | S.D.N.Y. Sweet | 80-CIV-4264(RWS) | OCT 1 0 1980 | 80-2867-C | | |
| A-11 | Strick Corp. v. Amtel, Inc., et al. | E.D.Pa. | 80-3111 | OCT 1 0 1980 | 80-2821 | | |
| A-12 | ~~Furniture Mfg. Corp. v. Amtel, Inc., et al.~~ | ~~E.D.Pa.~~ | ~~80-3122~~ | this action deleted per entry 8/28/80 | | | |
| A-13 | Stanley Hardware Co., Inc. v. Amtel, Inc., et al. | E.D.Pa. | 80-2789 | OCT 1 0 1980 | 80-2777-C | 5/28/82 D | |

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | Hardward Supply Co. v. Amtel, Inc., et al. | E.D.Pa. | 80-3126 | OCT 1 0 1980 | 80-2761-C | 5/28/82 D | |
| A-15 | J. Heller & Sons, Inc. v. Amtel, et al. | E.D.Pa. | 80-3082 | OCT 1 0 1980 | 80-2764-C | 5/28/82 D | |
| A-16 | Merchants Hardware Company, Inc. v. Amtel, et al. | E.D.PA. | 80-3116 | OCT 1 0 1980 | 80-2762-C | 5/28/82 D | |
| A-17 | Bethlehem Furniture Mfg. Corp. v. Amtel, Inc., et al. | E.D.Pa. | 80-3122 | OCT 1 0 1980 | 80-2763-C | 5/7/81 D | |
| A-18 | Thomas Body Parts, Inc. v. Amtel, Inc., et al. | E.D.Pa. | 80-3149 | OCT 1 0 1980 | 80-2757-C | 5/28/82 D | |
| A-19 | Universal Fastner Co. v. Amtel, Inc., et al. | S.D.Tex. | H-80-1808 | OCT 1 0 1980 | 81-806-C | 5/28/82 D | |
| A-20 | Northwestern Company v. Amtel, Inc., et al. | E.D.Wisc. | 80-C-746 | OCT 1 0 1980 | 80-2353-C | 5/28/82 D | |
| B-1 | S. Simons Hardware Co. v. Amtel, Inc., et al. | D.Mass. Caffrey | 80-1947-C | | | 5/7/81 D | Mot./Inter. Added by Pn. |
| B-2 | Standard Motor Products, Inc., etc. v. Textron, Inc., et al. 10/28/80 | E.D.N.Y. Mishler | CV-80-2478 | 3/2/81 | | 5/28/82 D | |
| XYZ-3 | Universal Fastener Co. v. Amtel, Inc. et al. | D.Mass. | 80-2004-C | | | 9/6/81 D | |

July 1981 — 15 TR / 7 XYZ / 22 Pdg.
July 1982 — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

---

STRICK CORPORATION (A-11)
Michael D. Hausfeld, Esq.
Kohn, Milstein & Cohen
1776 K Street, N.W.
Washington, D. C.  20006

LURYE & CO. INC. (A-2)
Jack L. Block, Esq.
Sachnoff, Schrager, Jones,
  Weaver & Rubenstein
Suite 4700, One IBM Plaza
Chicago, Illinois  60611

JACK'S PRODUCTS CO., INC. (A-3)

Melvyn I. Weiss, Esq.
Richard M. Meyer, Esq.
Milbert & Weiss
One Pennsylvania Plaza
New York, New York  10119

BIG D BUILDING SUPPLY CORP. (A-4)
Meredith & Cohen
22nd Floor
Architects Bldg.
117 S. 17th Street
Philadelphia, PA  19103

SOUTHLAND MOWER COMPANY, INC. (A-5)
Stephen Moulton, Esq.
Moulton & Looney
50 Congress Street
Boston, Mass.  02109  617-742-5000

SQUARE D COMPANY, INC. (A-6)
ALLIED BOLT, INC. (A-1)
Douglas V. Rigler, Esq.
Michael Fischer, Esq.
Foley, Lardner, Hollabaugh & Jacobs
1775 Pennsylvania Avenue, N.W.
Washington, D. C.  20006

GLENWOOD MFG., INC. (A-7)
Lawrence H. Eiger, Esq.
Much, Shelist, Freed, Denenberg,
  Ament & Eiger
135 South LaSalle St., Suite 2323
Chicago, Illinois  60603

BENOIT, INC. (A-8)
John A. Cochrane, Esq.
Suite 500, 360 Wabasha Street
St. Paul, Minnesota  55102

ALLMETAL SCREW PRODUCTS CO., INC.
(A-9)
Benedict Wolf, Esq.
Wolf, Popper, Ross, Wolf
  & Jones
845 Third Avenue
New York, New York  10022

JEFFERSON SCREW & BOLT INDUSTRIES,
INC. (A-10)
Robert N. Kaplan, Esq.
Kaplan, Kilsheimer & Foley
122 E. 42nd Street
New York, New York  10017

STANLEY HARDWARE CO., INC. (A-13)

David Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

HARDWARE SUPPLY COMPANY (A-14)
Alan C. Kauffman, Esq.
2600 The Fidelity Bldg.
Philadelphia, PA  19109

J. HELLER & SONS, INC. (A-15)
Seymour Kurland, Esq.
Wolf, Block, Schorr
  and Solis-Cohen
12th Floor Packard Building
Philadelphia, PA  19102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

| | |
|---|---|
| MERCHANTS HARDWARE COMPANY, INC. (A-16)<br>Warren Rubin, Esq.<br>Gross & Sklar, P.C.<br>1630 Locust Street<br>Philadelphia, PA  19103 | AMTEL, INC.<br>Robert G. Flanders, Jr.<br>Edwards & Angell<br>2700 Hospital Trust Tower<br>Providence, Rhode Island  02903 |
| BETHLEHEM FURNITURE MFG. CORP. (A-17)<br>Aaron M. Fine, Esq.<br>Fine, Kaplan & Black<br>1845 Walnut Street, 23rd Floor<br>Philadelphia, PA  19103 | ELCO INDUSTRIES, INC.<br>Michael K. Murtaugh, Esq.<br>Baker & McKenzie<br>130 East Randolph Drive<br>Chicago, Illinois  60601 |
| THOMAS BODY PARTS, INC. (A-18)<br>Alvin J. Ivers, Esq.<br>1315 Walnut Street<br>15th Floor<br>Philadelphia, PA  19107 | REED & PRINCE MANUFACTURING CO.<br>Robert M. Buchanan, Esq.<br>Sullivan & Worcester<br>100 Federal Street<br>Boston, Massachusetts  02110 |
| UNIVERSAL FASTNER CO. (A-19)<br>William H. White, Esq.<br>Mandell & Wright<br>21st Floor<br>806 Main Street<br>Houston, Texas  77002 | TEXTRON, INC.<br>Henry P. Sailer, Esq.<br>Covington & Burling<br>888 Sixteenth St., N.W.<br>Washington, D. C.  20006 |
| ALLIED BOLT, INC. (A-1)<br>Sheldon D. Camhy, Esq.<br>Shea & Gould<br>330 Madison Avenue<br>New York, New York  10017 | NL INDUSTRIES, INC.<br>Kenneth N. Hart, Esq.<br>Donovan, Leisure, Newton & Irvine<br>30 Rockefeller Plaza<br>New York, New York  10112 |
| ARTHUR D. BANCROFT<br>John J. Curtin, Esq.<br>Bingham, Dana & Gould<br>100 Federal St.<br>Boston, Massachusetts  02110 | JOHN P. KASPER<br>Michael Coffield, Esq.<br>Coffield, Ungaretti, Harris & Slavin<br>Suite 3200, 30 N. LaSalle St.<br>Chicago, Illinois  60602 |
| | DANIEL B. RICHARDSON, SR.<br>Semour Weinstein, Esq.<br>Burwick & Burwick<br>370 Main St.<br>Worcester, Mass.  01608 |

JPML Form 4

p. 3

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

S. SIMONS HARDWARE CO. (B-1)
~~(Plaintiff in Mass. action not on motion)~~ *added by Panel*

Harold Brown, Esq.
Brown, Prifti, Leighton & Cohen
66 Long Wharf
Boston, Massachusetts  02110

Jay F. Theise, Esq.
Theise & Rosenthal, P.C.
55 Union Street
Boston, Massachusetts  02108

STANDARD MOTOR PRODUCTS, INC. (B-2)
I. Walton Bader, Esquire
Bader and Bader
65 Court Street
White Plains, New York  10601

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Amtel, Inc. | A-1, A-7, 19, 4, 7, 3, 5, 6, 17, 15, B-2 |
| Elco Industries, Inc. | A-1, A-7, 19, 4, 7, 3, 5, 6, 17, 15, B-2 |
| Reed & Prince Manufacturing Co. | A-1, A-7, 19, 4, 7, 3, 5, 6, 17, 15, B-2 |
| Textron Inc. | A-1, A-7, 19, 4, 7, 3, 5, 6, 17, 15, B-2 |
| NL Industries, Inc. | A-1, A-7, 19, 4, 7, 3, 5, 6, 17, 15, B-2 |
| [illegible handwritten] | A-5, 3, 8, B-2 |
| [illegible handwritten] | B-5, 3, B-2 |
| [illegible handwritten] | B-5, 3, B-2 |
| | |
| | |