JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 10 1980   10/10/80

PATRICIA S. HOWARD
CLERK OF THE PANEL

DOCKET NO. 443

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE STANDARD SCREWS ANTITRUST LITIGATION

TRANSFER ORDER

 All parties to the actions listed on the attached Schedule A[1] either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the District of Massachusetts to that district for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel has found upon consideration of the papers submitted[2] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

 IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Massachusetts be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Andrew A. Caffrey for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1] On September 24, 1980, plaintiff in S. Simon Hardware Co. v. Amtel, Inc., et al., D. Mass., C.A. No. 80-1947-C, filed a motion with the Panel to intervene in the proceedings presently before the Panel. In the motion, plaintiff states that it subscribes to the representations made in the movants' Section 1407 transfer motion and the arguments contained in the "Brief For Moving Parties." In as much as all of the defendants named in the Simon complaint do not oppose the motion to centralize, plaintiff's motion to intervene is granted and we are including plaintiff's action on Schedule A.

[2] The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

Schedule A
MDL-443 -- IN RE STANDARD SCREWS ANTITRUST LITIGATION

### District of District of Columbia
Allied Bolt, Inc. v. Amtel, Inc., et al.,
C.A. No. 80-2015

### Northern District of Illinois
Lurye & Co., Inc., v. Amtel, Inc., et al.,
C.A. No. 80-C-4196

### District of Massachusetts
Jack's Products Co., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-1708-C
Big D Building Supply Corp. v. Amtel, Inc., et al.,
C.A. No. 80-17777-C
Southland Mower Co., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-1630-C
Square D. Company, Inc. v. Amtel, Inc., et al.,
C.A. No. 80-1652-C
Glenwood Mfg., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-1776
S. Simons Hardware Co. v. Amtel, Inc., et al.,
C.A. No. 80-1947-C

### District of Minnesota
Benoit, Inc. v. Amtel, Inc., et al.,
C.A. No. 3-80-477

### Eastern District of New York
Allmetal Screw Products Co., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-2182 (JCP)

### Southern District of New York
Jefferson Screw and Bolt Industries, Inc. v. Amtel, Inc., et al., C.A. No. 80-CIV-4264 (RWS)

### Eastern District of Pennsylvania
Strick Corp. v. Amtel, Inc., et al.,
C.A. No. 80-3111
Stanley Hardware Co., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-2789
Hardward Supply Co. v. Amtel, Inc., et al.,
C.A. No. 80-3126
J. Heller & Sons, Inc. v. Amtel, Inc., et al.,
C.A. No. 80-3082
Merchants Hardware Co., Inc. v. Amtel, Inc., et al.,
C.A. No. 80-3116
Bethlehem Furniture Mfg. Corp. v. Amtel, Inc., et al.,
C.A. No. 80-3122
Thomas Body Parts, Inc. v. Amtel, Inc., et al.,
C.A. No. 80-3149

### Southern District of Texas
Universal Fastner Co. v. Amtel, Inc., et al.,
C.A. No. H-80-1808

### Eastern District of Wisconsin
Northwestern Company v. Amtel, Inc., et al.,
C.A. No. 80-C-746